UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRITTANY STRAUSS and JASMINE WOODWARD, and on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>I.K.M.J. JOINT LLC d/b/a GIRL COLLECTION, and FLOYD MAYWEATHER,<br><br>Defendants. | Case No. 2:23-cv-00439-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs' Motion for Extension of Time to Complete Service on Defendant Floyd Mayweather. ECF No. 22. I.K.M.J. Joint LLC d/b/a Girl Collection filed its Response on June 30, 2023 expressing a limited opposition. ECF No. 24.

Plaintiffs explain they attempted service on defendant Mayweather at his Las Vegas home on three occasions, with successful service on April 13, 2023. However, soon thereafter, Plaintiffs' filed a First Amended Complaint ("FAC") resulting in six additional attempts to serve Mayweather all of which were unsuccessful. Plaintiffs also attempted service of Mayweather at his business Girl Collection that was unsuccessful. After retaining an investigator to identify other service locations, Plaintiffs learned Mayweather owns properties across the United States making it difficult to locate him for effective service. Although Mayweather has retained counsel, that counsel has not confirmed he is authorized to accept service on behalf of Mayweather as of the date of this Order.

Federal Rule of Civil Procedure 4 provides a 90 day window for service that may be extended upon a showing of diligence and good cause. Plaintiffs demonstrate their diligence in attempting to serve Mayweather and good cause for the extension sought. Defendant I.K.M.J. does not contest good cause for the extension. Rather, this Defendant's only concern is the extension "not impact and/or delay the ruling on Defendant's currently pending Motion seeking dismissal." ECF No. 24 at 3.

Accordingly, good cause and diligence demonstrated, IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Complete Service on Defendant Floyd Mayweather (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs have through and including August 5, 2023 to complete service of process on Defendant Floyd Mayweather.

Dated this July 3rd, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE