MATTHEW THOMSON, ESQ., *admitted pro hac vice*
ADELAIDE PAGANO, ESQ., *admitted pro hac vice*
LICHTEN & LISS-RIORDAN, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
mthomson@llrlaw.com
apagano@llrlaw.com

KRISTINA L. HILLMAN, ESQ., Nevada Bar No. 7752
SEAN W. McDONALD, ESQ., Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys for Plaintiffs Brittany Strauss and Jasmine Woodward*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY STRAUSS and JASMINE WOODWARD, and on behalf of themselves and similarly situated individuals,<br><br>        Plaintiffs,<br><br>   v.<br><br>I.K.M.J. JOINT LLC d/b/a/ GIRL COLLECTION, and FLOYD MAYWEATHER,<br><br>        Defendants. | CASE NO.:   2:23-cv-00439<br><br>ORDER GRANTING STIPULATION TO STAY ALL LITIGATION DEADLINES TO ATTEND MEDIATION |

1    Plaintiffs filed this proposed class and collective action on March 23, 2023.  Discovery
2 remains ongoing.  The Parties have recently agreed to attend non-binding mediation with Floyd A.
3 Hale Esq. of JAMS on May 13, 2024.  In order to conserve resources and prepare for mediation,
4 the Parties have stipulated to a stay of all litigation deadlines and discovery deadlines until May 23,
5 2024.
6    On May 23, 2024, the Parties shall file with the Court a Notice that this matter is fully
7 resolved along with a proposal for any settlement approval process or, in the event that the matter is
8 not resolved, the Parties shall submit a Joint Proposed Scheduling Order to govern the remainder of
9 this proceeding.
10    This is the Parties' first request for a stay of litigation to attend mediation.


| | |
|---|---|
| 1 | IT IS SO STIPULATIED. |
| 2 | */s/ Matthew Thomson* |
| | MATTHEW THOMSON, ESQ., *admitted pro hac vice* |
| 3 | ADELAIDE PAGANO, ESQ., *admitted pro hac vice* |
| | LICHTEN & LISS-RIORDAN, PC |
| 4 | 729 Boylston Street, Suite 2000 |
| 5 | Boston, MA 02116 |
| | Telephone: (617) 994-5800 |
| 6 | Facsimile: (617) 994-5801 |
| | mthomson@llrlaw.com |
| 7 | apagano@llrlaw.com |

KRISTINA L. HILLMAN, ESQ., Nevada Bar No. 7752
SEAN W. McDONALD, ESQ., Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys For Plaintiffs*


*/s/ _ R. Todd Creer* _____
KAMER ZUCKER ABBOTT
Gregroy J. Kamer #0275
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, NV 89118

Tel: (702) 259-8640
Fax: (702) 259-8646

WRIGHT MARSH & LEVY
Richard A. Wright #0886
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Tel: (702) 382-4004
Fax: (702) 382-4800

*Attorneys for Defendant Mayweather*

-3-
STIPULATION TO STAY ALL LITIGATION DEADLINES TO ATTEND MEDIATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/    Theodore Parker, III*
**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net

*Attorneys for Defendant,*
*I.K.M.J. Joint, LLC d/b/a Girl Collection*

IT IS SO ORDERED.

_____
United States District Judge

Dated: 4/12/2024

-4-
STIPULATION TO STAY ALL LITIGATION DEADLINES TO ATTEND MEDIATION