MATTHEW THOMSON, ESQ., *admitted pro hac vice*
LICHTEN & LISS-RIORDAN, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
mthomson@llrlaw.com

KRISTINA L. HILLMAN, ESQ., Nevada Bar No. 7752
SEAN W. McDONALD, ESQ., Nevada Bar No. 12817
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Rd, Ste 400
Las Vegas, NV 89120
P: (702) 508-9282
F: (510) 337-1023
nevadacourtnotices@unioncounsel.net
khillman@unioncounsel.net
smcdonald@unioncounsel.net

*Attorneys for Plaintiffs Brittany Strauss and Jasmine Woodward*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY STRAUSS and JASMINE WOODWARD, and on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>I.K.M.J. JOINT LLC d/b/a/ GIRL COLLECTION, and FLOYD MAYWEATHER,<br><br>Defendants. | CASE NO.:   2:23-cv-00439<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS REGARDING PENDING MOTION FOR SUMMARY JUDGMENT |

Pending before the Court is Defendants' motion for summary judgment based on *forum non*

-1-

-2-

1  *conveniens*. On July 25, 2024, the court entered an Order directing the Parties to submit
2  supplemental briefs discussing the applicability of the forum selection clause to Plaintiffs' non-
3  wage claims by August 2, 2024. ECF No. 59.

4      Plaintiffs' counsel, Attorney Thomson, has a pre-planned vacation from July 31, 2024 to
5  August 8, 2024. Plaintiffs' counsel anticipated filing the supplemental brief prior to his departure,
6  but due to an emergency in another litigation matter, he has been unable to do so.

7      For this reason, the Parties hereby stipulate and respectfully request that the Parties'
8  deadline to file the supplemental briefing be extended one week to **August 9, 2024**. Because the
9  Court requested that the Parties file their briefs on this issue simultaneously, the Parties are
10 requesting a mutual extension to file all supplemental briefs by this date.

11     This is the Parties' first request for an extension of the supplemental summary judgment
12 briefing deadline.

| | |
|---|---|
| 1 | IT IS SO STIPULATIED. |
| 2 | */s/ Matthew Thomson* |
| | MATTHEW THOMSON, ESQ., *admitted pro hac vice* |
| 3 | LICHTEN & LISS-RIORDAN, PC |
| | 729 Boylston Street, Suite 2000 |
| 4 | Boston, MA 02116 |
| 5 | Telephone: (617) 994-5800 |
| | Facsimile: (617) 994-5801 |
| 6 | mthomson@llrlaw.com |
| 7 | |
| | KRISTINA L. HILLMAN, ESQ., Nevada Bar No. 7752 |
| 8 | SEAN W. McDONALD, ESQ., Nevada Bar No. 12817 |
| | WEINBERG, ROGER & ROSENFELD |
| 9 | A Professional Corporation |
| | 3199 E. Warm Springs Rd, Ste 400 |
| 10 | Las Vegas, NV 89120 |
| 11 | P: (702) 508-9282 |
| | F: (510) 337-1023 |
| 12 | nevadacourtnotices@unioncounsel.net |
| | khillman@unioncounsel.net |
| 13 | smcdonald@unioncounsel.net |

*Attorneys For Plaintiffs*

*/s/ __R. Todd Creer_____*
KAMER ZUCKER ABBOTT
Gregroy J. Kamer #0275
R. Todd Creer #10016
Dare E. Heisterman #14060
6325 South Jones Boulevard, Suite 300
Las Vegas, NV 89118
Tel: (702) 259-8640
Fax: (702) 259-8646

WRIGHT MARSH & LEVY
Richard A. Wright #0886
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Tel: (702) 382-4004
Fax: (702) 382-4800

*Attorneys for Defendant Mayweather*

-3-
STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS REGARDING PENDING MOTION FOR SUMMARY JUDGMENT

*/s/ Theodore Parker, III*
**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net

*Attorneys for Defendant,*
*I.K.M.J. Joint, LLC d/b/a Girl Collection*

IT IS SO ORDERED.

_____

United States District Judge

Dated: August 1, 2024

---

-4-
STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS REGARDING PENDING MOTION FOR SUMMARY JUDGMENT

## **CERTIFICATE OF SERVICE**

On July 31, 2024 I served the foregoing document on all counsel of record, via the Court's ECF system:

*/s/ Matthew Thomson*
Matthew Thomson