**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY STRAUSS and JASMINE WOODWARD, and on behalf of themselves and similarly situated individuals,<br>　　　　Plaintiff(s),<br>vs.<br>I.K.M.J. JOINT LLC d/b/a GIRL COLLECTION, and FLOYD MAYWEATHER,<br>　　　　Defendant(s). | Case #2:23-cv-00439-MMD-EJY<br><br>**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　　Felton T. Newell　　　　　, Petitioner, respectfully represents to the Court:
　　　　(name of petitioner)

　　1.　That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　　　　Newell Law Group PC
　　　　　　　　　　　　　(firm name)

with offices at　　　　1801 Century Park East, 24th Floor　　　　,
　　　　　　　　　　　　　(street address)

　　　Los Angeles　　　,　　　California　　　,　　90067　　,
　　　　(city)　　　　　　　　　(state)　　　　　　　(zip code)

　　310-556-9663　　　,　　felton@newellpc.com　　　.
(area code + telephone number)　　　(Email address)

　　2.　That Petitioner has been retained personally or as a member of the law firm by

　　　　Defendant Floyd Mayweather　　　 to provide legal representation in connection with
　　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.   That since June 7, 1999 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | June 7, 1999 | 201078 |
| Northern District of California | June 7, 1999 | |
| 9th Circuit Court of Appeals | June 7, 1999 | |
| Central District of California | November 22, 2002 | |
| Southern District of California | June 5, 2015 | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| October 4, 2023 | Johnson v. Asurion | Nevada District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ~~Nevada~~ CALIFORNIA

COUNTY OF ~~Clark~~ LOS ANGELES

  Felton T. Newell, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

31 day of JULY, 2024.

_____
Notary Public or Clerk of Court

KENNETH LAMONT FERGUSON
Notary Public - California
Los Angeles County
Commission # 2366834
My Comm. Expires Jul 21, 2025

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **R. Todd Creer**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

6325 South Jones Boulevard, Suite 300
(street address)

Las Vegas, Nevada, 89118
(city)   (state)   (zip code)

(702) 259-8640, tcreer@kzalaw.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____R. Todd Creer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Floyd Mayweather_
(party's signature)

Floyd Mayweather
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ R. Todd Creer
Designated Resident Nevada Counsel's signature

10016                              tcreer@kzalaw.com
Bar number                         Email address

APPROVED:

Dated: this __5th__ day of __August__, 20__24__

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

July 17, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, FELTON THOMAS NEWELL, JR., #201078 was admitted to the practice of law in this state by the Supreme Court of California on June 7, 1999 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records