1  THEODORE PARKER, III, ESQ.
   Nevada Bar No. 4716
2  SHANA D. WEIR, ESQ.
   Nevada Bar No. 9468
3  **PARKER, NELSON & ASSOCIATES, CHTD.**
4  2460 Professional Court, Suite 200
   Las Vegas, Nevada 89128
5  Telephone: (702) 868-8000
   Facsimile: (702) 868-8001
6  Email: tparker@pnalaw.net

7  *Attorneys for Defendant,*
8  *I.K.M.J. Joint LLC d/b/a Girl Collection*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY STRAUSS and JASMINE WOODWARD, and on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>I.K.M.J. JOINT LLC d/b/a GIRL COLLECTION, and FLOYD MAYWEATHER,<br><br>Defendants. | Case No. 2:23-cv-00439-MMD-EJY<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFS REGARDING PENDING MOTION FOR SUMMARY JUDGMENT (SECOND REQUEST)** |

Pending before the Court is Defendants' motion for summary judgment based on *forum nonconveniens.* On July 25, 2024, the court entered an Order directing the Parties to submit supplemental briefs discussing the applicability of the forum selection clause to Plaintiffs' nonwage claims by August 2, 2024. ECF No. 59.

On August 2, 2024, the court entered an order granting stipulation to extend deadline to file supplemental briefs regarding pending motion for summary judgment. ECF 65. Pursuant to that order, the deadline for the supplemental briefing was extended to August 9, 2024.

On Tuesday, August 13, 2024, counsel for Defendant I.K.M.J. Joint, LLC notified counsel for Plaintiffs and counsel for Defendant Floyd Mayweather that their office inadvertently failed to calendar the new deadline, and only discovered the same at that time (because counsel was out of the

1

office Thursday, August 8, 2024 through Monday, August 12, 2024). The supplement was immediately filed on August 13, 2024 at 8:48 a.m. ECF 71. Counsel for Plaintiff and counsel for Defendant Floyd Mayweather do not object to Defendant I.K.M.J. Joint, LLC's inadvertently late filing.

For this reason, the Parties hereby stipulate and respectfully request that the Parties' deadline to file the supplemental briefing be extended two days to **August 13, 2024**.

This is the Parties' second request for an extension of the supplemental summary judgment briefing deadline.

DATED this 13th day of August, 2024.

IT IS SO STIPULATED.

/s/ Theodore Parker III
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
SHANA D. WEIR, ESQ.
Nevada Bar No. 9468
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 868-8000
Facsimile: (702) 868-8001
Email: tparker@pnalaw.net
*Attorneys for Defendant,*
*I.K.M.J. Joint, LLC d/b/a Girl Collection*

/s/ Matthew Thomson
MATTHEW THOMSON, ESQ. (*admitted pro hac vice*)
**LICHTEN & LISS-RIORDAN, PC**
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801
mthomson@llrlaw.com

/ / /

/ / /

/ / /

2

|   |   |
|---|---|
| 1 | KRISTINA L. HILLMAN, ESQ. |
|   | Nevada Bar No. 7752 |
| 2 | SEAN W. McDONALD, ESQ. |
|   | Nevada Bar No. 12817 |
| 3 | **WEINBERG, ROGER & ROSENFELD, P.C.** |
| 4 | 3199 E. Warm Springs Road, Suite 400 |
|   | Las Vegas, Nevada 89120 |
| 5 | Telephone: (702) 508-9282 |
|   | Facsimile: (510) 337-1023 |
| 6 | nevadacourtnotices@unioncounsel.net |
|   | khillman@unioncounsel.net |
| 7 | smcdonald@unioncounsel.net |
| 8 | *Attorneys For Plaintiffs* |

 /s/ R. Todd Creer
GREGROY J. KAMER, ESQ.
Nevada Bar No. 0275
R. TODD CREER, ESQ.
Nevada Bar No. 10016
DARE E. HEISTERMAN, ESQ.
Nevada Bar No.14060
**KAMER ZUCKER ABBOTT**
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Facsimile: (702) 259-8646
gkamer@kzalaw.com
tcreer@kzalaw.com
dheisterman@kzalaw.com

RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 0886
**WRIGHT MARSH & LEVY**
300 South Fourth Street, Suite 701
Las Vegas, Nevada 89101
Telephone: (702) 382-4004
Facsimile: (702) 382-4800
rick@wmllawlv.com
*Attorneys for Defendant,*
*Floyd Mayweather*

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 15, 2024