AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Brittany Strauss et al.,

                Plaintiffs,

  v.

I.K.M.J. Joint LLC et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00439-MMD-EJY

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT  is entered in favor of Defendants as to Plaintiff's wage and retaliation claims, and against Plaintiffs. Case closed.

08/16/2024
Date

DEBRA K. KEMPI
Clerk

/s/ R. Gador
Deputy Clerk